## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **KENNETH POSEY,** | : | VIOLATIONS: 21 U.S.C. § 846 |
| **JOHN HENRY HALEY,** | : | (Conspiracy to Distribute and Possess with |
| **RONALD HALEY,** | : | Intent to Distribute Cocaine and Cocaine |
| also known as "Billy," | : | Base); |
| | : | 18 U.S.C. §371 (Conspiracy to Transport |
| **Defendants** | : | and/or Receive Stolen Goods); |
| | : | 21 U.S.C. §843(b) |
| | : | (Unlawful Use of a Communications |
| | : | Facility); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of 50 Grams or |
| | : | More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Distribution of 5 Grams or More |
| | : | of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

### **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

From on or about October of 2007, the exact date being unknown to the Grand Jury, and continuing to on or about January of 2008, in the District of Columbia and elsewhere, the defendants, **KENNETH POSEY, JOHN HENRY HALEY, and RONALD HALEY, also known as "Billy,"** knowingly and intentionally, attempted, combined, conspired, confederated and agreed together with

other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

From on or about October of 2007, the exact date being unknown to the Grand Jury, and continuing to on or about January of 2008, in the District of Columbia and elsewhere, the defendants, **KENNETH POSEY, JOHN HENRY HALEY, and RONALD HALEY, also known as "Billy,"** knowingly and intentionally, attempted, combined, conspired, confederated and agreed together with other persons known and unknown to the Grand Jury, to receive in interstate commerce, stolen goods of a value of $5,000 or more, including but not limited to televisions, computers and department store gift cards, in violation of Title 18, United States Code, Sections 2314 and 2315.

In furtherance of the conspiracy and to effect its object, the defendants and co-conspirators not indicted herein, and others, both known and unknown to the Grand Jury, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including but not limited to that set out below. The listing below is intended to be informative, not exhaustive of the acts committed by the various defendants in furtherance of the conspiracy.

On or about October 11, 2007, within the District of Columbia, **KENNETH POSEY, JOHN HENRY HALEY, and RONALD HALEY, also known as "Billy,** distributed 28.0 grams of a

mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in exchange for two 15-inch flat screen televisions.

On or about October 17, 2007, within the District of Columbia, **KENNETH POSEY, JOHN HENRY HALEY, and RONALD HALEY, also known as "Billy,** distributed 84.2 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in exchange for a 42-inch flat screen television and $2000 in United States currency.

On or about October 17, 2007, within the District of Columbia, **KENNETH POSEY, JOHN HENRY HALEY, and RONALD HALEY, also known as "Billy,** distributed 2.7 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in exchange for $128 United States currrency.

On or about January 16, 2008, within the District of Columbia, **KENNETH POSEY, JOHN HENRY HALEY, and RONALD HALEY, also known as "Billy,** distributed 41.0 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and $300.00 of United States currency in exchange for two 50-inch flat screen televisions.

On or about January 24, 2008, within the District of Columbia, **KENNETH POSEY, JOHN HENRY HALEY, and RONALD HALEY, also known as "Billy,** distributed 27.9 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in exchange for a 37-inch flat screen television and a computer.

(**Conspiracy to Transport and/or Receive Stolen Goods**, in violation of Title 18, United States Code, Section 371)

## COUNT THREE

On or about October 11, 2007, within the District of Columbia, **RONALD HALEY, also known as "Billy,"** did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

>  (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT FOUR

On or about October 11, 2007, within the District of Columbia, **JOHN HENRY HALEY and RONALD HALEY, also known as "Billy,"** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

>  (**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT FIVE

On or about October 17, 2007, within the District of Columbia, **RONALD HALEY, also known as "Billy,"** did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

>  (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT SIX

On or about October 17, 2007, within the District of Columbia, **JOHN HENRY HALEY and RONALD HALEY, also known as "Billy,"** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT SEVEN

On or about October 17, 2007, within the District of Columbia, **RONALD HALEY, also known as "Billy,"** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base and Aiding and Abetting,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT EIGHT

On or about January 16, 2008, within the District of Columbia, **JOHN HENRY HALEY**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT NINE

On or about January 16, 2008, within the District of Columbia, **KENNETH POSEY, JOHN HENRY HALEY and RONALD HALEY, also known as "Billy,"** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

> (**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT TEN

On or about January 24, 2008, within the District of Columbia, **KENNETH POSEY**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT ELEVEN

On or about January 24, 2008, within the District of Columbia, **KENNETH POSEY**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia