# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-161 #3 | MAGIS. NO: |
| V.<br>SEALED / KENNETH POSEY | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Ronald Haley | |

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST |
|---|---|---|
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND COCAINE BASE;
CONSPIRACY TO TRANSPORT AND/ OR RECEIVE STOLEN GOODS;
UNLAWFUL USE OF A COMMUNICATIONS FACILITY;
UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF COCAINE;
AIDING AND ABETTING

RECEIVED WARRANT SECTION 2008 JUN -4 AM 11:36

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: |
|---|---|
| | 21:846; 18:371; 21:843(b); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(B)(iii); 21:841(a)(1) and 841(b)(1)(C); and 18:2 |

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>6/3/08 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>6/3/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>DUSM Robert C. Byers | SIGNATURE OF ARRESTING OFFICER<br>Reporting |
|---|---|---|
| DATE EXECUTED: 11 June 2008 | | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:  Yes   No  X |