UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **Criminal No. 08-CR-161 RBW)** |
| : | |
| **KENNETH POSEY, et al.** : | |
| : | |
| **Defendants,** : | |

**GOVERNMENT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Response to the Court's Order to Show Cause. In support thereof, the United States submits the following points and authorities and any other such evidence or argument as may be adduced at any hearing.

On July 17, 2008, a status hearing was held in this matter. During the status hearing the parties and the Court discussed the Court's then impending Order to Show Cause. The Court ruled that if the government filed a motion that tolled the Speedy Trial Act, then the Court would not reach the merits of the Order to Show Cause, and the government did not need to respond.

On July 18, 2008, the government filed such a motion, Government's Motion to Introduce 404(b) Evidence, document number 14.

WHEREFORE, the government hereby respectfully submits this response to the Court's Order to Show Cause.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

_____/s/_____
Arvind K. Lal
Nancy B. Jackson
Assistant United States Attorneys
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4217
Washington, D.C. 20503
(202) 353-8833
E-mail: Nancy.Jackson@usdoj.gov
E-mail: Arvind.Lal@usdoj.gov