NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                   Criminal Number  08-163-03 (RBW)

RONALD HALEY
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Cary Clennon  #366816
(Attorney & Bar ID Number)

(Firm Name)

P.O. Box 29302
(Street Address)

Washington,   D.C.   20017
(City)        (State)   (Zip)

(202) 269-0969
(Telephone Number)