UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 08-CR-161-03 (RBW) |
| RONALD HALEY<br>   aka WILLIAM HARRIS | : | |

ORDER

Defendant Ronald Haley aka William Harris is on work release in this case by order of the Hon. John M. Facciola, entered June 16, 2006. Upon representations of the parties, the work release order is hereby modified in the following respect:

Defendant is ordered to submit to an oral swab to test for the presence of evidence of use of controlled substances, in lieu of the taking of a urine sample. Such testing will take place on the day ordinarily determined by the Pretrial Services Agency, and will commence immediately. In all other respects the work release order remains in effect.

IT IS SO ORDERED, this 30th day of July, 2008.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE