UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 08-CR-161-03 (RBW) |
| | : | |
| RONALD HALEY | : | |
| a/k/a "Billy" | : | |

DEFENDANT'S MOTION FOR LEAVE TO JOIN AND ADOPT
CODEFENDANT'S MOTIONS FOR TIMELY DISCLOSURE OF IDENTITY OF
INFORMANTS (DOC. 25) AND FOR TIMELY DISCLOSURE OF IMPEACHING
EVIDENCE (DOC. 24)

Defendant Ronald Haley, a/k/a "Billy," by and through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12(b)(2), respectfully moves this honorable court to grant him leave to join and adopt as his own his codefendant's Motion for Timely Disclosure of Confidential Informants (Doc. 25) and Motion for Timely Disclosure of Impeaching Evidence and Jencks Material (Doc. 24). In support thereof counsel states the following:

1. On June 3, 2008, a Grand Jury indicted Ronald Haley, a/k/a "Billy," and two codefendants, John Haley and Kenneth Posey, with conspiracies to distribute and possess with intent to distribute in excess of fifty grams of cocaine base and to transport and/or receive stolen goods. Nine other counts allege substantive counts of distribution of cocaine base and use of a telecommunications facility to facilitate the distribution of cocaine base, and aiding and abetting.

2. Defendant Haley was arraigned on June 11, 2008, and entered pleas of not guilty to all charges alleged against him.

3. The codefendants, while not charged identically in every count, are similarly situated and confront basically the same universe of evidence against them.

4. Allowing defendant Ronald Haley to join and adopt applicable motions of similarly-situated codefendants will conserve judicial resources and assist in simplifying this litigation.

5. No prejudice will inure to the United States or any other party should this request be granted.

6. Defendant Ronald Haley deserves to be treated similarly with his codefendant should the codefendant's motions be granted.

WHEREFORE, for the aforementioned reasons and those that may appear at a hearing, the Defendant respectfully moves this honorable court to grant him leave to join and adopt as his own codefendant John Haley's Motion for Timely Disclosure of Confidential Informants (Doc. 25) and Motion for Timely Disclosure of Impeaching Evidence and Jencks Material (Doc. 24).

Respectfully submitted,

_____/s/_____
CARY CLENNON     DC Bar # 366816
Counsel for the Defendant
Appointed by the Court

P.O. Box 29302
Washington, DC 20017
(202) 269-0969

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the preceding pleading was sent by electronic mail and ECF to Assistant United States Attorneys Nancy Jackson and Arvind Lal, Office of the United States Attorney for the District of Columbia, 555 Fourth Street NW, Washington, DC 20530.

_____/s/_____
CARY CLENNON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 08-CR-161-03 (RBW) |
| **RONALD HALEY**<br>a/k/a "Billy" | : | |

**O R D E R**

This matter having come before the Court on Defendant Ronald Haley's Motion For Leave to Join and Adopt Codefendant's Motion For Timely Disclosure of Confidential Informants and Motion For Timely Disclosure of Impeaching Information and Jencks Material, and the Court being fully informed in the premises, and having considered the respective positions of the parties, it is, this _____ day of _____, 2008,

ORDERED, that Defendant's Motion be and is hereby GRANTED.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE